# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Allen C. Bender, Individually and    :
as Executor of the Estate of    :
Ruth A. Bender,    :
          Appellant    :
    :
        v.    :    No. 77 C.D. 2019
    :
Commonwealth of Pennsylvania,    :
Department of Transportation,    :
Township of Swatara, and    :
Adrian T. Horrell    :

**PER CURIAM**                    **O R D E R**

NOW, August 7, 2020, having considered Appellant's application for reconsideration, the application is denied.